UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 20-00093 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM MALONE | |

**ORDER**

Before the Court are two motions (Record Documents 164 and 165) filed by *pro se* petitioner William Malone ("Malone") in connection with his pending Section 2255 motion. The first motion is entitled, "Request for Subpoena for Information to Expand the Record." Record Document 164. Malone asks the Court to assist him in obtaining business logs and itemized statements from his former employer. See id. While Section 2255 movants are not entitled to discovery, discovery may be authorized for good cause under Rule 6(a) of the Rules Governing § 2255 Proceedings. See United States v. Lincks, 82 F.4th 325, 333 (5th Cir. 2023). A movant establishes good cause when "specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." Id. Here, Malone has failed to meet such standard. Thus, the "Request for Subpoena for Information to Expand the Record" (Record Document 164) is **DENIED**.

The second motion is entitled, "Motion for a Hearing on the Sufficiency of the Evidence Proving the Essential Elements of the Statutes Charged." Record Document 165. Malone gives no other basis for his request for a hearing. Title 28, United States Code, Section 2255(b) provides, in pertinent part:

> Unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney, grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto.

Here, the United States has answered Malone's Section 2255 motion and the motion is under advisement. If a hearing is required, then the Court will set such hearing in due course. At this time, Malone's "Motion for a Hearing" (Record Document 165) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of January, 2024.

_____
United States District Judge

2